William A. SCHWER,
Plaintiff/Appellant,

v.

STATE of Missouri,
Defendant/Respondent.

No. 57763.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 25, 1990.

Paul E. Madison, St. Charles, Kathleen Green, St. Louis, for plaintiff-appellant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm.

Movant was convicted of two counts of sale of a controlled substance. He was sentenced on June 1, 1987. His convictions and sentences were affirmed. *State v. Schwer*, 757 S.W.2d 258 (Mo.App.E.D. 1988).

Under Rule 29.15(m), any defendant sentenced before January 1, 1988, had a right to file a Rule 29.15 motion until June 30, 1988. Movant filed his motion on August 15, 1988. Failure to file a motion before June 30, 1988, constitutes "a complete waiver of the right to proceed under this Rule 29.15." *Id.*

Movant's contention the time limitations imposed by Rule 29.15 violate his constitutional rights is meritless. This issue has been considered and rejected in *Day v. State*, 770 S.W.2d 692 (Mo. banc 1989).

The judgment is affirmed in accordance with Rule 84.16(b).